UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM MARK FRANKS,<br><br>                 Plaintiff,<br><br>v.<br><br>KIRK, et al.,<br><br>                 Defendants. | 1:15-cv-00401-EPG (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT TOM MARK FRANKS, CDCR # AV3360, AND HIS LEGAL PROPERTY<br><br>DATE: June 14, 2017<br>TIME:  9:30 a.m. |

      Tom Mark Franks, inmate, CDCR #AV3360, a necessary and material witness on his own behalf in a settlement conference in this case on June 14, 2017, is confined at High Desert State Prison, 475-750 Rice Canyon Road, Susanville, California 96127, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Barbara A. McAuliffe in Courtroom #8, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on June 14, 2017, at 9:30 a.m.

      **ACCORDINGLY, IT IS ORDERED that:**

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of Court proceedings or as ordered by the Court; and thereafter to return the inmate to the above institution;

      2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of High Desert State Prison**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the Court; and thereafter to return the inmate to the above institution.  **The inmate's legal property relevant to this case shall accompany the inmate to the hearing.**



**FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: __**March 3, 2017**__      /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE