UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM MARK FRANKS,<br><br>    Plaintiff,<br><br>    v.<br><br>K. ALLISON, et al.,<br><br>    Defendants. | Case No.: 1:15-cv-00401-EPG (PC)<br><br>ORDER REGARDING SETTLEMENT CONFERENCE SET FOR JUNE 14, 2017 |

The Court has determined that this case will benefit from a settlement conference, and has referred it to the undersigned to conduct that conference on **June 14, 2017 at 9:30 a.m. in Courtroom 8,** 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California. An order and writ of habeas corpus ad testificandum to transport Plaintiff for the settlement conference has also issued. (ECF No. 32.)

In accordance with the above, IT IS HEREBY ORDERED that:

1. A representative with full and unlimited authority to negotiate and enter into a binding settlement shall attend in person.
2. Those in attendance must be prepared to discuss the claims, defenses and damages. The failure of any counsel, party or authorized person subject to this order to appear in person may result in the imposition of sanctions. In addition, the conference will not proceed and will be reset to another date.

3. Defendants shall provide a confidential settlement statement to the following email address: bamorders@caed.uscourts.gov.  Plaintiff shall mail his confidential settlement statement to U.S. District Court, 2500 Tulare Street, Fresno, California, 93721, Magistrate Judge Barbara A. McAuliffe.  The envelope shall be marked "Confidential Settlement Statement".  Settlement statements shall arrive no later than June 7, 2017.  Parties shall also file a <u>Notice of Submission of Confidential Settlement Conference Statement</u> (See Local Rule 270(d)).  Settlement statements **should not be filed** with the Clerk of the court **nor served on any other party**.  Settlement statements shall be clearly marked "confidential" with the date and time of the settlement conference indicated prominently thereon.

4. The confidential settlement statement shall be **no longer than five pages** in length, typed or neatly printed, and include the following:

    a. A brief statement of the facts of the case.

    b. A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

    c. An estimate of the cost and time to be expended for further discovery, pretrial, and trial.

    d. The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers, and demands.

    e. A brief statement of each party's expectations and goals for the settlement conference, including how much a party is willing to accept and/or willing to pay.

IT IS SO ORDERED.

Dated:   **April 6, 2017**                                /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE