

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM MARK FRANKS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SERGEANT KIRK, *et al.*<br><br>　　　　Defendant. | 1:15-cv-00401-EPG-PC<br><br>NOTICE AND ORDER THAT INMATE WITNESS IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS AND THAT WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br><br>(ECF No. 32)<br><br>Tom Mark Franks, CDCR# AV3360 |

　　　The settlement conference for this matter commenced on June 14, 2017 at 9:30 a.m., and Plaintiff Tom Mark Franks, inmate, has given testimony before the Court. Inmate witness Tom Mark Franks, CDCR #AV3360 is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate, issued on March 3, 2017, is hereby discharged.

Dated: 6/14/17　　　　　　　　　/s/ *signature*
　　　　　　　　　　　　　　　　U.S. Magistrate Judge

1