# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM MARK FRANKS,<br><br>            Plaintiff,<br><br>    v.<br><br>KIRK, *et al.*,<br><br>            Defendants. | Case No. 1:15-cv-00401-EPG (PC)<br><br>**ORDER APPOINTING COUNSEL**<br><br>(ECF No. 57) |

Tom Mark Franks ("Plaintiff") is proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On March 1, 2018, plaintiff filed a motion to request the voluntary assistance of counsel. (ECF No. 57.) The Court finds that the appointment of counsel is warranted. Justin A. Palmer has been selected from the court's *pro bono* attorney panel to represent plaintiff and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for the appointment of counsel, (ECF No. 57), is granted, and Justin A. Palmer is appointed as counsel in the above-entitled matter.
2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

\\\
\\\
\\\

1

3. The Clerk of the Court is directed to serve a copy of this order on Justin A. Palmer, Filer/Palmer LLP, 249 E. Ocean Blvd., Suite 501, Long Beach, CA 90802.

IT IS SO ORDERED.

Dated: **March 14, 2018**

/s/ Eric P. Grosj

UNITED STATES MAGISTRATE JUDGE