IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA



FILED
APR 1 6 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Tom Mark Franks

Plaintiff(s)

vs.

Sergeant Kirk et. al

Defendants.

No. 1:15-cv-00401-EPG(PC)

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Justin A. Palmer, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on March 15, 2018, by the Honorable Erica P. Grosjean, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

I am requesting funding to purchase a flight and rental car to visit Mr. Franks in custody.

I have planned an in person visit with him for May 4, 2018 at 930 am at High Desert State Prison. My office is in Long Beach, CA. I am informed that a one-way drive would be roughly 10 hours, which would substantially limit my ability to focus on other matters while traveling.

I am requesting permission to purchase a flight and hotel room to meet with Mr. Franks to discuss trial strategy. We are set for Jury Trial on June 19, 2018.

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 500.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:15-cv-00401-EPG(PC)

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12th day of April, 20 18, at Long Beach, California.

Justin A. Palmer

Attorney for Plaintiff(s)

The above expenditure is __X__ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 4/16/18

United States District Judge/Magistrate Judge