# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM MARK FRANKS,<br><br>    Plaintiff,<br><br>v.<br><br>KIRK, *et al.*,<br><br>    Defendants. | Case No. 1:15-cv-00401-EPG (PC)<br><br>NOTICE AND ORDER THAT INMATE WITNESS JOSEPH DIXON IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br><br>(ECF No. 71)<br><br>**As to Joseph Dixon, CDCR #AX4625** |

They jury trial in this matter commenced on June 19, 2018, and witness Joseph Dixon has given testimony before the Court. Inmate witness **Joseph Dixon, CDCR #AX4625** is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus *ad testificandum* as to said inmate, issued on May 23, 2018, (ECF No. 71), is HEREBY DISCHARGED.

IT IS SO ORDERED.

    Dated: **June 19, 2018**            /s/ Erica P. Grosjean
                                                     UNITED STATES MAGISTRATE JUDGE