

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM MARK FRANKS,<br><br>　　Plaintiff,<br><br>v.<br><br>KIRK, *et al.*,<br><br>　　Defendants. | Case No. 1:15-cv-00401-EPG (PC)<br><br>NOTICE AND ORDER THAT INMATE WITNESS TOM MARK FRANKS IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br><br>(ECF No. 70)<br><br>**As to Tom Mark Franks, CDCR # AV3360** |

The jury trial in this matter commenced on June 19, 2018, and witness Tom Mark Franks has given testimony before the Court. Inmate witness **Tom Mark Franks, CDCR # AV3360** is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus *ad testificandum* as to said inmate, issued on May 23, 2018, (ECF No. 70), is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **June 20, 2018**　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1