

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM MARK FRANKS,<br><br>Plaintiff,<br><br>v.<br><br>KIRK, *et al.*,<br><br>Defendants. | Case No. 1:15-cv-401-EPG (PC)<br><br>**JUDGMENT IN A CIVIL ACTION** |

JURY VERDICT: The action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in favor of Defendants, Deputy Sheriff Max Wigt, Deputy Sheriff Ryan Mauldin, and Lieutenant Timothy Kirk, and against Plaintiff, Tom Mark Franks, in accordance with the jury verdict rendered June 20, 2018. The Clerk of the Court is instructed to CLOSE THE CASE.

DATED: June 28, 2018

MARIANNE MATHERLY, Clerk

Michelle Means Rooney, Deputy Clerk

1